IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD., <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | C.A. No. 17-357-RGA |

**PLAINTIFF GLAXO GROUP LTD.'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Plaintiff Glaxo Group Ltd. hereby files this notice of dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). This notice is timely filed, as Defendant Teva Pharmaceuticals USA, Inc. has not yet filed an answer to Plaintiff's complaint.

Dated: June 20, 2017        FISH & RICHARDSON P.C.

By: */s/ Martina Tyreus Hufnal*
    Martina Tyreus Hufnal (#4771)
    222 Delaware Avenue, 17th Floor
    P. O. Box 1114
    Wilmington, DE 19899-1114
    302-652-5070
    tyreus-hufnal@fr.com

    W. Chad Shear (#5711)
    Fish & Richardson P.C.
    12390 El Camino Real
    San Diego, CA 92130
    Phone: 858-678-5070 / Fax: 858-678-5099
    Email: shear@fr.com

*Attorney for Plaintiff GLAXO GROUP LTD.*